IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              Case No. 1:11-cr-10016

GREGORY SMITH                                                   DEFENDANT

## ORDER

Before the Court is a letter from Defendant Gregory Smith, requesting that the Court clarify when his term of supervised release will end. (ECF No. 31). The letter was docketed as a motion seeking relief, and the Court construes it as such. The Court finds that no response is necessary and that this matter is ripe for consideration.

On September 9, 2011, Defendant pleaded guilty pursuant to a written plea agreement to one count of Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250. On December 15, 2011, the Court sentenced Defendant to a term of eighteen months' imprisonment to be followed by a five-year term of supervised release. On April 16, 2020, Defendant filed the instant letter requesting that the Court clarify when his term of supervised release will end. To the extent that the letter is a motion seeking relief, the Court finds that the motion (ECF No. 31) should be and hereby is **GRANTED**.

On January 23, 2012, Defendant was released from federal custody and remanded to the custody of the Wisconsin Department of Corrections. On August 26, 2015, Defendant was released from the Wisconsin Department of Correction after completing a term of imprisonment imposed by the Milwaukee County Circuit Court in Wisconsin. Upon his release, he was transferred to the custody of Sand Ridge Treatment Center due to a civil commitment by the Milwaukee County Circuit Court. The five-year term of Defendant's supervised release began on

the date of his release from the Wisconsin Department of Corrections—August 26, 2015.

**Therefore, Defendant's term of supervised release is scheduled to expire on August 25, 2020.**

    **IT IS SO ORDERED**, this 23rd day of April, 2020.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge
